```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITEDHEALTHCARE INSURANCE COMPANY,

                            Plaintiff,           22-CV-04910 (PAE)(SN)

            -against-                            ORDER

ANDRZEJ SZCZYKUTOWICZ, et al.,

                            Defendants.

------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge**:

On March 28, 2023, the Honorable Paul A. Engelmayer assigned this matter to my docket for settlement. By April 5, 2023, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:   March 29, 2023
         New York, New York